Fred W. Schwinn (SBN 225575)
fred.schwinn@sjconsumerlaw.com
Jovanna R. Longo (SBN 251491)
jovanna.longo@sjconsumerlaw.com
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

ORIGINAL
FILED
08 JUN -6 PM 1:35
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

Attorneys for Plaintiff
GRAHAM TOEWS

ADR

JW

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

GRAHAM TOEWS,

Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC., a Minnesota corporation,

Defendant.

Case No. C08 02830 RS

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

15 United States Code § 1692 *et seq.*
California Civil Code § 1788 *et seq.*

Plaintiff, GRAHAM TOEWS (hereinafter "Plaintiff"), based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1. This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

2. According to 15 U.S.C. § 1692:

a. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices

contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

4. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## III. VENUE

5. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

6. This lawsuit should be assigned to the San Jose Division of this Court because

a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

## V. PARTIES

7. Plaintiff, GRAHAM TOEWS (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

8. Defendant, CENTRAL PORTFOLIO CONTROL, INC., (hereinafter "CENTRAL"), is a Minnesota corporation engaged in the business of collecting debts in this state with its principal place of business located at: 16526 West 78th Street, Suite 107, Eden Prairie, Minnesota 55346. CENTRAL may be served at the address of its Registered Agent: Central Portfolio Control, Inc., c/o Robert P. Reiter, 2205 Spruce Trail, Golden Valley, Minnesota 55422-3603. The principal purpose of CENTRAL is the collection of debts using the mails and telephone, and CENTRAL regularly attempts to collect debts alleged to be due another. CENTRAL is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

## VI. FACTUAL ALLEGATIONS

9. On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation, namely a Providian credit card bearing account number XXXX-XXXX-XXXX-0768 (hereinafter "the alleged debt"). The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

10. Sometime thereafter on a date unknown to Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

11. Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

12. A true and accurate copy of the collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

13. The collection letter (Exhibit "1") is dated August 15, 2007.

14. The collection letter (Exhibit "1") was Defendant's first written notice

initially addressed to the Plaintiff in connection with collecting the alleged debt.

15. On or about August 16, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Hi this is an important message for Graham Toews. This not a sales or marketing phone call. This message is regarding an important business matter. Please return our call to 1-800-280-1565. Again, our toll-free direct line is 1-800-280-1565. Thank you.

16. On or about August 18, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Hi, Graham, this is Illy with CPC. Uh, I do need a return call right away. My number is 1-800-871-8299. That's 1-800-871-8299. Thanks.

17. Defendant's answering machine messages were each a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

18. Defendant's employees failed to disclose Defendant's identity and the nature of Defendant's business in each of the answering machine messages, in violation of 15 U.S.C. § 1692d(6) and Cal. Civil Code § 1788.11(b). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1112 & 1118 (C.D. CA 2005).

19. Defendant's employees failed to disclose that each of the answering machine messages was a communication from a debt collector, in violation of 15 U.S.C. § 1692e(11). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. CA 2005); *Foti v. NCO Financial Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff brings the first claim for relief against Defendant under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

21. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

22. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

23. Defendant, CENTRAL, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

24. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

25. Defendant's answering machine messages described above violate the FDCPA. The violations include, but are not limited to, the following:

a. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6);

b. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11).

26. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

27. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

28. Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

29. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

30. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

31. Defendant, CENTRAL, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

32. The financial obligation alleged to be owed by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

33. Defendant's answering machine messages described above violate the RFDCPA. The violations include, but are not limited to, the following:

a. Defendant failed to disclose Defendant's identity and the nature of

Defendant's business, in violation of 15 U.S.C. § 1692d(6), as incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code § 1788.11(b);

b. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated by Cal. Civil Code § 1788.17.

34. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code § 1788.30(b).

35. As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

36. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17.

37. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

38. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

**VIII. REQUEST FOR RELIEF**

Plaintiff requests that this Court:

a. Assume jurisdiction in this proceeding;

b. Declare that Defendant's answering machine messages violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692d(6) and 1692e(11);

c. Declare that Defendant's answering machine messages violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§ 1788.11(b) and 1788.17;

d. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

e. Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

f. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

g. Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

h. Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Jovanna R. Longo
Jovanna R. Longo, Esq.
Attorney for Plaintiff
GRAHAM TOEWS

**CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, GRAHAM TOEWS, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

**CENTRAL PORTFOLIO CONTROL, INC.**
**Telephone: (800) 280-1565**
**Hours of Operation:**
**8:00 a.m. to 5:00 p.m, Monday - Friday**

6640 Shady Oak Road Suite 300
Eden Prairie MN 55344-7710
ADDRESS SERVICE REQUESTED



| Account Summary |
|---|
| **Original Creditor:** MD CREDITMAX CARD |
| **Re:** PROVIDIAN |
| **Reference #:** 4185874969160768 |
| **Total Balance Due:** $5,637.61 |

GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745

AUGUST 15, 2007

Dear Graham Toews,

The above referenced creditor has referred your account to our office.

If you cannot pay the entire bill at once, call the telephone number above to make arrangements to pay.

For immediate and proper credit, mail your checks directly to this office. Please include the bottom portion of this notice with your remittance.

Please refer to this account number 4185874969160768 on all correspondence with this office (For Spanish please call (800) 507-1447).

Sincerely,
Bryan O'Toole
Bryan O'Toole

**This is an attempt to collect a debt. Any Information obtained will be used for that purpose. This communication from a debt collector. This collection agency is licensed by the Minnesota Department of Commerce.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you noitfy this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**California Residents**

As required by law, you are hereby notified that a negative credit agency report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statement or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

PARA ESPANOL POR FAVOR LLAMME AL NUMERO (800) 507-1447

EXHIBIT
1

**SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT**

**Account Summary**

| ORIGINAL CREDITOR | ACCOUNT# | CPC ACCOUNT # | ACCOUNT BALANCE | DATE |
|---|---|---|---|---|
| MD CREDITMAX CARD | 4185874969160768 | CMAX9101131 | $5,637.61 | 08/15/07 |

**Please write your Day and Evening telephone numbers and note any change of address on the back of this coupon.**

CENTRAL PORTFOLIO CONTROL INC
6640 SHADY OAK ROAD SUITE 300
EDEN PRAIRIE MN 55344-7710

GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745

**Which payment option would you prefer?**

**A. Western Union Quick Collect.**
**Code City: CPC Code State MN**

**B. Pay online at**
**www.cpcpayments.com**

**C. Visa or Mastercard**

☐ VISA ☐ MasterCard

**Acct #:** ______________________

**Expiration Date:** __________ / __________

**Amount:** ______________________

**Signature:** ______________________

**D. Mail in your payment:**
**Amount Enclosed** ______________________

P4BTT417 03 UD950MS001*TT4*


6640 Shady Oak Road Suite 300
Eden Prairie MN 55344-7710
ADDRESS SERVICE REQUESTED
Deliver To Addressee Only
GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745
PRESORTED
FIRST CLASS
Private
Correspondence
U.S. POSTAGE

# REFUSE TO PAY LETTER

Central Portfolio Control Inc
Collection Agency's Name

6640 Shady Oak Road Suite 300
Collection Agency's Address

Eden Prairie, MN 55344-7710

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

9/11/07
Today's Date

7007 0710 0001 0498 7704
Tracking Number

Re: Account No. 4185874969160768

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

[signature]
Sign your name here

Graham Toews
Print your name here

893 Lenzen Av #202
Print your address here

San Jose, CA 95126

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

EDEN PRAIRIE MN 55344 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.41 | 0012 |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | SEP 11 |
| Total Postage & Fees | $ $5.21 | 09/11/2007 |

7007 0710 0001 0498 7704

Sent To: Central Portfolio Control Inc
Street, Apt. No.; or PO Box No.: 6640 Shady Oak Road Suite 300
City, State, ZIP+4: Eden Prairie, MN 55344-7710

PS Form 3800, August 2006 — See Reverse for Instructions



05759-6 •
N

6640 Shady Oak Road Suite 300
Eden Prairie MN 55344-7710
ADDRESS SERVICE REQUESTED

**CENTRAL PORTFOLIO CONTROL, INC.**
**Telephone: (800) 280-1565**
**Hours of Operation:**
**8:00 a.m. to 5:00 p.m, Monday - Friday**



| **Account Summary** |
|---|
| **Original Creditor:** MD CREDITMAX CARD |
| **Re:** PROVIDIAN |
| **Reference #:** 4185874969160768 |
| **Total Balance Due:** $5,637.61 |

GRAHAM TOEWS
893 LENZEN AVE APT 202
SAN JOSE CA 95126-2745

AUGUST 15, 2007

Dear Graham Toews,

The above referenced creditor has referred your account to our office.

If you cannot pay the entire bill at once, call the telephone number above to make arrangements to pay.

For immediate and proper credit, mail your checks directly to this office. Please include the bottom portion of this notice with your remittance.

Please refer to this account number 4185874969160768 on all correspondence with this office (For Spanish please call (800) 507-1447).

Sincerely,

Bryan O'Toole
Bryan O'Toole

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication from a debt collector. This collection agency is licensed by the Minnesota Department of Commerce.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you noitfy this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**California Residents**

As required by law, you are hereby notified that a negative credit agency report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statement or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

PARA ESPANOL POR FAVOR LLAMME AL NUMERO (800) 507-1447

**SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT**





# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0001 0498 7704**
Status: **Delivered**

Your item was delivered at 10:48 am on September 14, 2007 in EDEN PRAIRIE, MN 55344. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details > ? Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >



Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Central Portfolio Control Inc
6640 Shady Oak Road
Suite 300
Eden Prairie, MN
55344-7710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Robert P. Reiter ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 9/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7007 0710 0001 0498 7704

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

