Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
GRAHAM TOEWS

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GRAHAM TOEWS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CENTRAL PORTFOLIO CONTROL, INC., a Minnesota corporation,<br><br>　　　　　　Defendant. | Case No. C08-02830-JW-RS<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, GRAHAM TOEWS, and Defendant, CENTRAL PORTFOLIO CONTROL, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GRAHAM TOEWS, against Defendant, CENTRAL PORTFOLIO CONTROL, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: September 15, 2008　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　GRAHAM TOEWS

Dated: September 15, 2008　　　　　　　　　/s/ Natalie P. Vance
　　　　　　　　　　　　　　　　　　　　　Natalie P. Vance, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　CENTRAL PORTFOLIO CONTROL, INC.

1  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
2  The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.

3  Dated: September 22, 2008                              /s/ James Ware
4                                                        The Honorable James Ware
                                                         Judge of the District Court